# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARKO KOSKA,<br>2300 24th Road South #1112,<br>Arlington, VA 22206<br><br>Individually and on behalf of all other<br>similarly situated,<br><br><br>Plaintiffs,<br><br>v.<br><br>476 K, LLC dba CLOAKROOM<br>476 K St., NW<br>Washington, DC 20001<br><br>ANTONIOS CAVASILIOS,<br>449 Salk Circle<br>Gaithersburg, MD 20878<br><br>CARLOS HORCASITAS, and<br>2700 Southwest 27th Avenue, Apt. 816<br>Miami, Florida 33133<br><br>MAYMAY HORCASITAS,<br>400 Florida Avenue Northeast<br>Washington, DC 20002<br><br><br>Defendants. | Case No. 1: 22-3232<br><br><br><br><br>**NOTICE OF REMOVAL OF ACTION<br>UNDER 28 U.S.C. § 1441(a)**<br><br><br><br><br>Action Filed: 08/19/2022 |

**PLEASE TAKE NOTICE** that **Defendants ANTONIOS CAVASILIOS,** an individual**,** and **476 K LLC, dba CLOAKROOM,** a limited liability company formed under the laws of the District of Columbia (hereinafter "DEFENDANTS"), hereby remove this civil action from the District of Columbia Superior Court, where it is currently pending as Case No. C-15-CV-22-003204, which action was filed on August 19, 2022.  DEFENDANTS are filing the Notice of Removal within 30 days after receipt by the Defendant Antonios Cavasilios, through service or otherwise as September 28, 2022 was the date Plaintiff Marko Koska (hereinafter "PLAINTIFF") first served the Summons and Complaint on Defendant Cavasilios.

## GROUNDS FOR REMOVAL

1.      This Court has original jurisdiction in actions arising under the Constitution, laws, or treaties of the United States pursuant to 28 U.S.C. §1331, and this action may be removed by DEFENDANTS  pursuant to 28 U.S.C. §1441(a), in that a "civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants to the district court of the United States for the district and division embracing the place where such action is pending."

2.      On August 19, 2022, PLAINTIFFS commenced an action in the District of Columbia Superior Court styled "Marko Koska, individually, and on behalf of all others similarly situated v. 476 K, LLC, dba Cloakroom, Antonios Cavasilios, Carlos Horcasitas and Maymay Horcasitas," bearing Case No. 2022 CA 003682 B (the "State Court Action").  True and correct copies of the Complaint and all other papers, process, pleadings and orders served upon Defendant Cavasilios on September 28, 2022, and/or filed in the State Court Action are being filed along with this Notice of Removal and attached hereto as Exhibit 1. Although the Summons reflects the name on the Summons is "Carlos Horcasitas, et al." it was served on Defendant Cavasilios. Plaintiff filed a proof of service, purporting to reflect service on

2

Defendant Cloakroom on September 16, 2022, but such service was improper and ineffective as the individual served, described by the affidavit of service filed by Plaintiff, was a "barback" working at Defendant Cloakroom's premises who was not an authorized agent for service of process. Regardless of the improper service on Defendants Cavasilios and Cloakroom, both Defendants appeared in this action by filing an answer to the complaint in the State Court Action on October 19, 2022.

3.      The Complaint alleges two separate causes of action – (1) for violations of the Fair Labor Standards Act (29 U.S.C. § 203) ("FLSA") and (2) for violations of the D.C. Minimum Wage Revision Act ("DCMWA").

4.      Plaintiff's first count is a claim "arising under" federal law, the FLSA.

## FEDERAL QUESTION JURISDICTION

5.      Removal is proper because this Court has an independent basis for exercising jurisdiction over the instant case – federal question jurisdiction. A cause of action "founded on a claim or right arising under the Constitution, treaties, or laws of the United States" is removable without regard to citizenship or residence of the parties. See 28 U.S.C. § 1441(b).

6.      In paragraphs 74-84 of the Complaint, Plaintiff raises a federal question by asserting a violation of the federal Fair Labor Standards Act pursuant to 29 U.S.C. § 203.

7.      This Notice is timely filed pursuant to 28 U.S.C. § 1446(b) because it is filed within thirty (30) days after receipt by Defendant Cavasilios on September 28, 2022, through service or otherwise, of the summons and complaint in this case.

## VENUE

8.      28 U.S.C. §1441(a) provides that "any civil action brought in a State may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action was pending."

## NOT ALL DEFENDANTS HAVE BEEN SERVED BY PLAINTIFFS

9.    Defendants Carlos Horcasitas and Maymay Horcasitas have not been served with a summons and complaint and therefore cannot join this Notice of Removal.

10.    Although Defendant 476 K LLC, dba Cloakroom has not been properly served with the summons and complaint, it filed an answer to the complaint along with Defendant Cavasilios, in the State Court Action (Exhibit 1) and is hereby appearing in this action and joins this Notice of Removal.

11.    Defendant Cavasilios anticipates that Defendant Carlos Horcasitas and Maymay Horcasitas will join this Notice of Removal if and when they are properly served by Plaintiff with a summons and complaint.

DATED: October 21, 2022

RIMON, P.C.

By: _____
Jonathan Rosen (Bar No. 503006  CASBN 162607)
RIMÔN, P.C.
jonathan.rosen@rimonlaw.com
RIMÔN, P.C.
1990 K Street NW, Suite 420
Washington, D.C. 20009
Phone: (240) 618-3432

Robert A. Cocchia (Seeking Admission)
robert.cocchia@rimonlaw.com
2029 Century Park East, Suite 400N
Los Angeles, California  90067
Telephone:(213) 314-2938
Mobile:(213) 447-2424

Attorneys for Defendants Antonios Cavasilios and 476 K LLC, dba Cloakroom

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(A)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARKO KOSKA,<br>2300 24th Road South #1112,<br>Arlington, VA 22206<br><br>Individually and on behalf of all other<br>similarly situated,<br><br><br>Plaintiffs,<br><br>v.<br><br>476 K, LLC dba CLOAKROOM<br>476 K St., NW<br>Washington, DC 20001<br><br>ANTONIOS CAVASILIOS,<br>449 Salk Circle<br>Gaithersburg, MD 20878<br><br>CARLOS HORCASITAS, and<br>2700 Southwest 27th Avenue, Apt. 816<br>Miami, Florida 33133<br><br>MAYMAY HORCASITAS,<br>400 Florida Avenue Northeast<br>Washington, DC 20002<br><br><br>Defendants. | Case No.   1: 22-3232<br><br><br><br><br><br><br>**CERTIFICATE OF SERVICE**<br><br><br><br><br><br>Judge: Hon.<br>Action Filed: 08/19/2022 |

I, Jonathan Rosen, am over the age of 18 and not a party to this action. My place of business is 1990 K Street, NW, Suite 420, Washington, D.C. 20046. On October 21, 2022, I served the following attached document(s):

1.      **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)**

on the person(s) listed below in the following manner/s:

| | |
|---|---|
| | **BY ELECTRONIC MAIL**: I electronically served the document(s) described above to the party[ies] listed below at the electronic service address[es] indicated. My electronic service address is kulbir.kaur@rimonlaw.com; Such transmission was complete and without error in that within a reasonable amount of time no error message was received. |
| ☒ | **BY ELECTRONIC COURT FILING.** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. |

The following party was served the above-referenced document(s):

Jason T. Brown (DC Bar No. 1046838)
BROWN, LLC
111 Town Square Place, Suite 400
Jersey City, NJ 07310
T: (877) 561-0000
F: (855) 582-5297
jtb@jtblawgroup.com
Attorney for Plaintiff

I declare under penalty of perjury under the laws of the State of Washington, D.C. that the foregoing is true and correct.


Dated: October 21, 2022                    Rimôn, P.C.

By:

RIMÔN, P.C
Jonathan N. Rosen (CA SBN 162607:)
jonathan.rosen@rimonlaw.com
1717 K Street NW, Suite 900
Washington, D.C. 20006
Telephone: 202-400-3846

ROBERT A. COCCHIA (CA SBN 172315)
robert.cocchia@rimonlaw.com
RIMON, P.C.
3579 4th Avenue
San Diego, CA 92103
Telephone:858-348-4383
Facsimile:858-348-4383
Attorneys for DEFENDANTS' 476 K, LLC dba
CLOAKROOM, ANTONIO CAVASILIOS


2  CERTIFICATE OF SERVICE